■ (A) In the Matter of the Claim of MARJORIE E. SCRANTON, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. (B) In the Matter of the Claim of MARION T. RETTIG, Respondent. LORD & TAYLOR, Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. — [In each action] Motions granted, fees fixed at $150.

■ PAMELA B. GAUDREAU, as Administratrix of the Estate of LIONEL R. GAUDREAU, Deceased, Appellant, v. JOSEPH N. FIELDS, Respondent.— The motion for reargument having been granted, the order denying the motion to dismiss the appeal entered July 28, 1961 is vacated and motion to dismiss appeal granted.

■ In the Matter of ST. CLARE'S HOSPITAL, Appellant, v. MARSH BRESLIN, as Commissioner of Welfare of Albany County, Respondent.— Motion for an Order to vacate a Judgment. Motion denied.

■ RAYMOND VAN HOESEN, JR., Respondent, v. WEBER CONSTRUCTION CO., INC., et al., Appellants.—Order of dismissal of appeal for nonprosecution vacated upon the following conditions: (a) That appellants file the record on appeal and brief on or before April 27 and, (b) That they be ready for argument on the date assigned in the term commencing April 30.

■ In the Matter of CHARLES WILLIAMS, Petitioner, v. SUPREME COURT OF ULSTER COUNTY, Respondent.— Application for a writ of mandamus dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD PRICE, Appellant.— Application for an order reversing a judgment of conviction and for a new trial denied.

■ In the Matter of the Claim of CARMINE LI GRECI, Appellant, v. GREENE, TWEED & COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion granted to allow appellant to file a typewritten brief, together with the printed appendix, and to serve two copies each on each of the respondents and to file six copies with the court.

■ In the Matter of the Claim of RONALD COWAN, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for appointment of counsel granted. Henry J. Metzner, Esq., 206 Glen St., Glens Falls, N. Y., is hereby appointed counsel.

■ (A) In the Matter of the Claim of SHIRLEY S. LAURIA, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. (B) In the Matter of the Claim of GERARD RUSSO, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— [In each action] Application for assignment of counsel granted. Philip Learned, Esq., 319 William St., Elmira, N. Y., is hereby appointed counsel.

■ MICHAEL BARAN et al., Appellants, v. CITY OF COHOES et al., Respondents.—Motion for a stay pending the hearing and determination of the appeal herein granted upon condition that the appellants perfect their appeal and be prepared to argue it at the term commencing April 30, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH LOUIS, Alias "Joe Lewis", Appellant.— Motion for an order removing the trial of an indictment from Schenectady County to Supreme Court in another county denied.